IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTHONY M. GRIPPA, | : |
| Plaintiff, | : CIVIL ACTION |
| | : FILE NO: |
| v. | : |
| CHESAPEAKE HOSPITALITY, LLC, SOTHERLY HOTELS, INC., SOHO ATLANTA, LLC, IVY MPOFU and JOHN DOES 1-3, | : **JURY TRIAL DEMANDED** |
| Defendants. | : |

## **NOTICE OF REMOVAL**

COMES NOW, Defendants Chesapeake Hospitality, LLC, Sotherly Hotels, Inc., Soho Atlanta, LLC and Ivy Mpofo (herein collectively referred to as "Defendants"), by and through undersigned counsel, and respectfully file this Notice of Removal to remove to this Honorable Court an action initiated against them in the Superior Court of Fulton County, Georgia pursuant to the provisions of 28 U.S.C. §§1332 and 1441. In support hereof, Defendants show this Honorable Court as follows:

1.  This action is removable to Federal District Court pursuant to 28 U.S.C. §1332 based upon diversity jurisdiction as this is a civil action in which Plaintiff

00118420.DOCX

contends the amounting controversy is greater than the sum of $75,000.00, and as the controversy is between citizens of different States.

2.　On or about May 17, 2016, Plaintiff filed the action styled *Anthony M. Gripa v. Chesapeake Hospitality, LLC, Southerly Hotels, Inc., Soho Atlanta, LLC, and Ivy Mpofu*, et al, Civil Action File no: 16EV002357 in the State Court of Fulton County, Georgia.

3.　In accordance with 28 U.S.C. §1446(a), a copy of the Complaint filed in the State Court action has been attached hereto as Exhibit A.

4.　In accordance with 28 U.S.C. §1446(d), Defendants have given prompt written notice to all adverse parties and have filed a separate Notice of Removal with the Clerk of State Court of Fulton County, Georgia contemporaneously with the filing of this Notice. Copies of the aforementioned Notices are attached hereto as Exhibits B and C.

5.　This Notice is being filed pursuant to 28 U.S.C. §1446(b), within thirty (30) days of Defendants' receipt and notice of the Complaint filed in the original State Court action.

6.　Plaintiff is a resident and citizen of Florida.

7.　Chesapeake Hospitality, LLC is a Maryland LLC whose members reside in the State of Maryland.

00118420.DOCX

8. SOHO Atlanta, LLC is a Virginia, LLC whose members reside in the State of Virginia.

9. Ivy Mpofu is a resident and citizen of Georgia.

10. All Defendants in this action consent to removal as evidenced by the signature of counsel below.

11. This action is a civil action in which this Honorable Court has original jurisdiction under the provisions of Title 28 of the United States Code, § 1332 in that it is a civil action in which the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states. Accordingly, this action is removable to this court pursuant to 28 U.S.C. § 1441.

WHEREFORE, Defendants pray that the State Court of Fulton County, Georgia proceed no further with *Anthony M. Grippa v. Chesapeake Hospitality, LLC, Southerly Hotels, Inc., Soho Atlanta, LLC, and Ivy Mpofu*, Civil Action File no: 16EV002357 and that said action be removed to this Honorable Court. Defendants further request that there be a trial by a jury of twelve (12) with respect to all issues so triable.

Respectfully submitted this 17th day of June 2016.

/s/ Eric M. Jenniges
RONALD F. NEGIN, ESQ.
Georgia Bar No. 537190

00118420.DOCX

                                     ERIC M. JENNIGES, ESQ.
                                     Georgia Bar No. 222426
                                     *Counsel for Defendants*

**BUSBY & NEGIN, INC.**
8200 Roberts Drive
Suite 201
Atlanta, GA  30350
Telephone:  (470)275-3042
Facsimile:  (404)529-4399

## LOCAL RULE 5.1C AND 7.1D CERTIFICATION

Pursuant to Local Rule 5.1C and 7.1D, I certify that this pleading has been prepared with Times New Roman 14-point, a font and point selection approved by this Honorable Court in Local Rule 5.1C.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing *Notice of Removal* upon all parties to this matter electronically filing it with the CM/ECF Electronic Case Filing System which will automatically send email notification of such filing to:

> Norman Sawyer
> Morgan & Morgan.Atlanta, PLLC
> 191 Peachtree Street, N.E., Suite 4200
> Atlanta, GA  30303

This 17th day of June 2016.

>  /s/ Eric M. Jenniges
> RONALD F. NEGIN, ESQ.
> Georgia Bar No. 537190
> ERIC M. JENNIGES, ESQ.
> Georgia Bar No. 222426
> *Counsel for Defendants*

**BUSBY & NEGIN, INC.**
8200 Roberts Drive
Suite 201
Atlanta, GA  30350
Telephone:  (470)275-3042
Facsimile:  (404)529-4399

00118420.DOCX