# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANTHONY M. GRIPPA, | : |
| Plaintiff, | : CIVIL ACTION |
| | : FILE NO: 1:16-cv-02045-ELR |
| v. | : |
| CHESAPEAKE HOSPITALITY, LLC, SOTHERLY HOTELS, INC., SOHO ATLANTA, LLC, and JOHN DOES 1-3, | : **JURY TRIAL DEMANDED** |
| Defendants. | : |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Anthony M. Grippa, pursuant to Federal Rule of Civil Procedure 41(a), with consent and stipulation by Defendants as indicated by the signature of counsel below, and hereby dismisses with prejudice the above-styled action. Each party shall bear its own costs and attorney's fees.

Respectfully submitted this 7th day of December, 2016.

_____
NORMAN SAWYER
Georgia Bar No. 116686
**Attorney for Plaintiff**

00141924.DOCX

**MORGAN & MORGAN ATLANTA, PLLC**
191 Peachtree Street, N.E
Suite 4200
Atlanta, GA 30303
Telephone: (404) 965-8811
Facsimile: (404)965-8812

*Eric Jenniges* w/exp perm 12/7/16
RONALD F. NEGIN, ESQ.
Georgia Bar No. 537190
ERIC M. JENNIGES, ESQ.
Georgia Bar No. 222426
CAMERON D. HAWKINS, ESQ.
Georgia Bar No. 250504
**Counsel for Defendants**

**BUSBY & NEGIN, INC.**
8200 Roberts Drive
Suite 201
Atlanta, GA 30350
Telephone: (470) 275-3042
Facsimile: (404)529-4399

00141924.DOCX

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the within and foregoing *Joint Stipulation of Dismissal With Prejudice* has been served upon counsel of record by electronically filing it with the CM/ECF Electronic Filing System which will automatically send email notification of such filing to:

Norman Sawyer<br>
Morgan & Morgan Atlanta, PLLC<br>
191 Peachtree Street, N.E., Suite 4200<br>
Atlanta, GA 30303

Respectfully submitted, this 7th day of December, 2016.

*[signature] w/exp 12/7/16*

RONALD F. NEGIN, ESQ.
Georgia Bar No. 537190
ERIC M. JENNIGES, ESQ.
Georgia Bar No. 222426
CAMERON D. HAWKINS, ESQ.
Georgia Bar No. 250504
**Counsel for Defendants**

00141924.DOCX